In the Matter of DAVID RUBIN, Appellant.

Submitted March 5, 1945; decided March 8, 1945.

*David Rubin,* in person, for motion.

No one opposed.

Motion denied on ground no appeal lies to this court from either of the orders.